IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | : : | |
| v. | : : | Transferred from the Southern District of Mississippi |
| CERTAIN DEFENDANTS | : : : | |

**O R D E R**

**AND NOW**, this **6th** day of **October 2009**, it is hereby **ORDERED** that all defendants in the cases listed in Exhibit "A", attached, are dismissed without prejudice for lack of prosecution.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

| Cause # | Last Name | First Name | Initial |
|---|---|---|---|
| 2:08-cv-85033-ER | BAKER | JIMMIE | |
| 2:08-cv-85034-ER | BAKER | LINDA | |
| 2:08-cv-85035-ER | BANDY | JAMES | K |
| 2:08-cv-85036-ER | BARRON | JAY | |
| 2:08-cv-85037-ER | BARRON | SAMANTHA | |
| 2:08-cv-85037-ER | BARRON | THOMAS | |
| 2:08-cv-85039-ER | BELL | BRENDA | M |
| 2:08-cv-85040-ER | BELL | L.J. | |
| 2:08-cv-85041-ER | BELTON | MICHAEL | |
| 2:08-cv-85042-ER | BOYTE | JOHN | W |
| 2:08-cv-85043-ER | BOYTE | CARRIE | A |
| 2:08-cv-85044-ER | BREAUX | DAVID | |
| 2:08-cv-85045-ER | CHANEY | VAN | |
| 2:08-cv-85046-ER | CHAPMAN | DONNY | B |
| 2:08-cv-85047-ER | CHEEK | CARLA | |
| 2:08-cv-85048-ER | CHEEK | WILLIAM | |
| 2:08-cv-85049-ER | DANIEL | RALPH | |
| 2:08-cv-85050-ER | DAVIS | MARK | |
| 2:08-cv-85051-ER | DOLLAR | ROBERT | |
| 2:08-cv-85052-ER | DOLLAR | MORGAN | |
| 2:08-cv-85056-ER | EDWARDS | ALLEN | |
| 2:08-cv-85057-ER | EDWARDS | BECKY | |
| 2:08-cv-85058-ER | EIDT | PAUL | |
| 2:08-cv-85053-ER | EVANS | RICKY | L |
| 2:08-cv-85054-ER | EVANS | LINDA | |
| 2:08-cv-85059-ER | FRAZIER | GERALD | |
| 2:08-cv-85060-ER | FRAZIER | SHIRLEY | |
| 2:08-cv-85061-ER | FRENCH | RICHARD | L |
| 2:08-cv-85062-ER | FRENCH | SHIRLEY | |
| 2:08-cv-85055-ER | FUQUA | CHRISTIAN | |
| 2:08-cv-85063-ER | GARRETT | MICHAEL | R |
| 2:08-cv-85066-ER | GERMANY | DAVID | L |
| 2:08-cv-85064-ER | GOLDMAN | GLEN | |
| 2:08-cv-85065-ER | GOLDMAN | KATHY | |
| 2:08-cv-85067-ER | GREEN | WILLIE | S |
| 2:08-cv-85068-ER | HALL | JOHN | D |
| 2:08-cv-85069-ER | HALL | CYNTHIA | |
| 2:08-cv-85070-ER | HARGRAVE | PAUL | |
| 2:08-cv-85071-ER | HARGRAVE | JACQUELINE | |
| 2:08-cv-85071-ER | HARGRAVE | KAYLA | |
| 2:08-cv-85071-ER | HARGRAVE | KIMBERLY | |
| 2:08-cv-85071-ER | HARGRAVE | PAUL | C |

| Case Number | Last Name | First Name | MI |
|---|---|---|---|
| 2:08-cv-85071-ER | HARGRAVE | SHAREKA | |
| 2:08-cv-85073-ER | HAVARD, JR. | JOHN | S |
| 2:08-cv-85074-ER | HAWKINS | PERSELL | |
| 2:08-cv-85483 | HOLLOWAY | BREANA | |
| 2:08-cv-85075-ER | HOWELL | JOE | |
| 2:08-cv-85076-ER | HUTCHINS | LARRY | |
| 2:08-cv-85032-ER | JAMES | FLINN | |
| 2:08-cv-85038-ER | JAMES | FLINN | |
| 2:08-cv-85072-ER | JAMES | FLINN | |
| 2:08-cv-85077-ER | JAMES | AMY | |
| 2:08-cv-85077-ER | JAMES | GRANT | |
| 2:08-cv-85078-ER | JONES | LARRY | |
| 2:08-cv-85079-ER | JONES | DEBBIE | |
| 2:08-cv-85080-ER | KENNON | JOHN | G |
| 2:08-cv-85081-ER | LAIRD | JEFF | |
| 2:08-cv-85082-ER | LAIRD | LYNDA | |
| 2:08-cv-85083-ER | LAWRENCE | EDWIN | |
| 2:08-cv-85084-ER | LAWRENCE | MARY | |
| 2:08-cv-85085-ER | LEACH, JR. | LESTER | V |
| 2:08-cv-85087-ER | LOGAN | PRESTON | |
| 2:08-cv-85086-ER | LOGAN | BILL | |
| 2:08-cv-85088-ER | LUCAS | RUBY | |
| 2:08-cv-85090-ER | MASON | FRANK | |
| 2:08-cv-85091-ER | MASON | MARY | D |
| 2:08-cv-85092-ER | MCDONALD | BETTY | |
| 2:08-cv-85093-ER | MCDONALD | VERNELL | |
| 2:08-cv-85089-ER | MCQUARTERS | CLARENCE | |
| 2:08-cv-85094-ER | MYERS | ROBERT | |
| 2:08-cv-85095-ER | MYLES | JOHNETTE | |
| 2:08-cv-85096-ER | MYLES | LORI | |
| 2:08-cv-85097-ER | NEWBORNE | RICKY | |
| 2:08-cv-85098-ER | NEWBORNE | LINDA | |
| 2:08-cv-85099-ER | PALMER | CHARLES | |
| 2:08-cv-85100-ER | PARKER | CHARLES | |
| 2:08-cv-85101-ER | PARKER | GARY | |
| 2:08-cv-85102-ER | PERKINS | CHARLES | E |
| 2:08-cv-85103-ER | PROFICE | ALEXANDER | |
| 2:08-cv-85104-ER | PROFICE | DELORES | |
| 2:08-cv-85105-ER | RALEY | NOAH | |
| 2:08-cv-85106-ER | REED | CHARLIE | |
| 2:08-cv-85107-ER | REED | CORINE | |
| 2:08-cv-85107-ER | REED | COURTNEY | |

| Case Number | Last Name | First Name | MI |
|---|---|---|---|
| 2:08-cv-85108-ER | REHMS | JAMES | C |
| 2:08-cv-85109-ER | RHINEHART | FRANK | |
| 2:08-cv-85110-ER | ROBERTS | CINDY | |
| 2:08-cv-85111-ER | ROBERTS | RANDY | |
| 2:08-cv-85112-ER | ROUNDS | CHARLES | E |
| 2:08-cv-85113-ER | SCOTT | LEE | E |
| 2:08-cv-85114-ER | SMITH | ALLEN | W |
| 2:08-cv-85115-ER | STOWERS | JAMER | |
| 2:08-cv-85118-ER | STURDIVANT | VIRGIL | |
| 2:08-cv-85117-ER | STURDIVANT | DAVID | |
| 2:08-cv-85116-ER | STURDIVANT | JEFF | |
| 2:08-cv-85119-ER | VERUCCHI | ROBERT | C |
| 2:08-cv-85120-ER | WALKER, SR. | KENNETH | |
| 2:08-cv-85121-ER | WALLER | WAYNE | |
| 2:08-cv-85122-ER | WASHINGTON | J.C. | |
| 2:08-cv-85123-ER | WASHINGTON | CAROLYN | |
| 2:08-cv-85123-ER | WASHINGTON | WHITNEY | |
| 2:08-cv-85123-ER | WASHINGTON | LAKEISHA | |
| 2:08-cv-85123-ER | WASHINGTON | KIMBERLY | |
| 2:08-cv-85124-ER | WASHINGTON | LARRY | |
| 2:08-cv-85125-ER | WHITE | BOBBY | A |
| 2:08-cv-85126-ER | WIMBERLY | JOHN | |
| 2:08-cv-85127-ER | WULFKUHLE | STEVE | |
| 2:08-cv-85128-ER | WULFKUHLE | SHERRY | |